**ESKIMO PIE CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9018.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 21, 1946.

Decided Feb. 1, 1946.

Elmer M. Cunningham, of Richmond, Va. (Walter L. Rice, of Richmond, Va., on the brief), for petitioner.

Harold C. Wilkenfeld, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Helen R. Carloss, Sp. Assts. to the Atty. Gen., on the brief), for respondent.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The decision of the Tax Court is affirmed upon the opinion by Judge Arundell, 4 T.C. 669.

**Richard PRICE, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.**

No. 11167.

Circuit Court of Appeals, Ninth Circuit.

Feb. 4, 1946.

Richard Price, in pro. per.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee for dismissal of the appeal herein on the ground that the appeal is moot because the appellant is discharged from the custody of the appellee, Warden, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Dorsey Willard McMAHAN, Appellant, v. UNITED STATES of America.**

No. 13307.

Circuit Court of Appeals, Eighth Circuit.

Jan. 28, 1946.

Motion for Leave to File Petition for Writ of Certiorari Denied April 1, 1946.

See 66 S.Ct. 895.

Dorsey Willard McMahan, pro se.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from order or judgment of District Court entered on May 7, 1945, dismissed, on motion of appellee.

**Paul DIDIER v. Honorable Guy T. HELVERING, Judge, United States District Court, District of Kansas.**

No. 3293.

Circuit Court of Appeals, Tenth Circuit.

Feb. 13, 1946.

No appearance for either party.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Application for leave to file petition for writ of mandamus denied.